UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:07CV-P354-H

**JULIUS BLACK**                                                                                                                  **PLAINTIFF**

v.

**JUDGE CHARLES R. SIMPSON III** *et al.*                                                 **DEFENDANTS**

### ORDER

      For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised, **IT IS ORDERED** that the instant action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

      There being no just reason for delay in its entry, this is a final Order.

      This Court further **certifies** that an appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Plaintiff, *pro se*
4412.005